# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| MARIA ISABEL ALANIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-723-MHH-GMB |
| KIMBERLY NEELY, *et al*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On January 19, 2024, the Magistrate Judge entered a report in which he recommended that the Court dismiss Ms. Alanis's petition for a writ of habeas corpus without prejudice to allow Ms. Alanis to exhaust her administrative remedies. The Court has not received objections to the report.

After review of the electronic record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the Magistrate Judge's recommendation. Consistent with that recommendation, by separate order, the Court will dismiss this petition for a writ of habeas corpus without prejudice.

**DONE** and **ORDERED** this February 9, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE